**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MATTHEW S. GILLETTE,  Plaintiff,  v.  PATRICK R. DONAHOE, POSTMASTER GENERAL OF THE UNITED STATES,  Defendant. | CIVIL ACTION NO. 3:12-cv-1852  (JUDGE CAPUTO) |

**ORDER**

**NOW**, this 30th day of July, 2014, **IT IS HEREBY ORDERED** that:

(1) Defendant Patrick R. Donahoe's Motion for Summary Judgment (Doc. 25) is **GRANTED**.

(2) Judgment is **ENTERED** in favor of Defendant Patrick R. Donahoe and **AGAINST** Plaintiff Matthew S. Gillette on the disability discrimination claim.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

    /s/ A. Richard Caputo
    A. Richard Caputo
    United States District Judge